IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LANCE JAMES HOMAN, A/K/A, LANCE HOMAN, §§§§§ | |
| Plaintiff, | |
| v. § | Civil Action No. 4:20-cv-01153-P-BP |
| LELAND GREGORY HOMAN, §§§§ | |
| Defendant. | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** without prejudice.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **23rd day** of **March 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE